Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Road
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BARBARA J. FLORES**

      Plaintiff,

      v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

      Defendant.

3:11-cv1143-JE

ORDER FOR EAJA
ATTORNEY FEES

_____

Based upon the stipulation of the parties, the Court orders the Commissioner of

Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney

fees in the amount of $7,094.05 for attorney fees to Plaintiff to be mailed to Plaintiff's

attorney at 316 Second Rd, Summertown, TN. 38483.

      It is so ORDERED

      Dated this ____, day of 2013
            14th      February

                                 /s/ John Jelderks
                                 United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES